Frederick T. Tagliavia, Appellant, v. T. M. Randolph Meikleham and William B. Dinsmore, Doing Business under the Firm Name of Meikleham & Dinsmore, Respondents.—Judgment and order affirmed, with costs. No opinion.

Edward W. Hatch, Trustee, Respondent, v. Walkup, Baldwin & Company, Inc., Appellant.—Judgment and order affirmed, with costs. No opinion.

Timothy Gleason, Appellant, v. Merchants' Refrigerating Company, Respondent.—Judgment affirmed, with costs. No opinion.

Almuth C. Vandiver, Appellant, v. John Williams and Another, Respondents.—Judgment and order affirmed, with costs. No opinion.

Ludwig Flocker, as Administrator, etc., of August O. Flocker, Deceased, Respondent, v. The Hudson and Manhattan Railroad Company, Appellant.—Judgment and order affirmed, with costs. No opinion.

In the Matter of the Application of The Federal Union Surety Company, Appellant, to Be Relieved from Liability on the Bond of Harry S. Dewey, as Receiver of the Partnership Property of Dixon & Dewey. Eustace Conway, Substituted Receiver, and Bowring & Company, Respondents.—Judgment affirmed, with costs. No opinion.

In the Matter of the Application of The Federal Union Surety Company, Appellant, to Be Relieved from Liability on the Bond of Harry S. Dewey, as Receiver of the Partnership Property of Dixon & Dewey. Eustace Conway, Substituted Receiver, and Bowring & Company, Respondents.—Order affirmed, with ten dollars costs and disbursements. No opinion.

Abraham H. Bonart, Respondent, v. Max Thorn, Appellant.—Judgment and order affirmed, with costs. No opinion.

Albert Farjeon, Appellant, v. Indian Territory Illuminating Oil Company and Others, Respondents.—Judgment affirmed, with costs, on 146 Appellate Division, 23.

George M. Black and Michael J. Murphy, Trustees, Appellants, v. Manufacturers' Commercial Company, Respondent.—Judgment affirmed, with costs, on *Richards* v. *Wiener Company* (145 App. Div. 353).

John A. Stehli, Appellant, v. John McGregor, Respondent.—Order affirmed, with costs. No opinion.

The Mayor, Aldermen and Commonalty of the City of New York, Respondent, v. Broadway and Seventh Avenue Railroad Company, Appellant.—Judgment affirmed, with costs, on *Mayor* v. *Broadway & 7th Ave. R. R. Co. (Paving Case No. 3)* (130 App. Div. 834).

The Mayor, Aldermen and Commonalty of the City of New York, Respondent, v. Ninth Avenue Railroad Company, Appellant.—Judgment affirmed, with costs, on *Mayor* v. *Ninth Ave. R. R. Co. (Paving Case No. 4)* (130 App. Div. 839).

Michael A. Gulbrandsen, as Administrator, etc., of Julius Hansen, Deceased, Appellant, v. The Lord Electric Company, Respondent.—Judgment affirmed, with costs. No opinion. (Scott, J., dissented.)

In the Matter of William Voxman.—Application granted. Order to be settled on notice.

In the Matter of Charles J. Simpkins.—Reference ordered to official referee. Order to be settled on notice.